This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: January 26, 2026**

**No. S-1-SC-40715**

**BRYCE FRANKLIN,**

     Petitioner,

v.

**RONALD MARTINEZ, Warden,**

     Respondent.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Richard M. Jacquez, District Judge**

Kurt J. Mayer,
Albuquerque, NM

for Petitioner

Raúl Torrez, Attorney General
Sarah M. Karni, Assistant Solicitor General
Albuquerque, NM

for Respondent

### DISPOSITIONAL ORDER TO QUASH

**PER CURIAM.**

**{1}** WHEREAS, this matter came before this Court on petition for writ of certiorari under Rule 12-501 NMRA seeking review of the Third Judicial District Court's order denying Petitioner's amended petition for writ of habeas corpus;

**{2}** WHEREAS, the Court having considered the petition and response thereto, and being sufficiently advised, issued its writ of certiorari on April 23, 2025;

**{3}** WHEREAS, the parties filed briefs, and oral argument was heard on December 9, 2025;

**{4}** WHEREAS, the Court having considered the briefs and arguments of the parties, concludes that Petitioner has failed to establish there is a constitutionally protected property interest in acquiring property through the New Mexico Corrections Department's (NMCD) inmate property policy under Article II, Sections 4 and 18 of the New Mexico Constitution;

**{5}** WHEREAS, the Court further concludes that Petitioner did not argue before the Court whether he had a constitutionally protected liberty interest in acquiring property through the NMCD policy, and therefore the Court will not address that issue, *see In re Adoption of Doe*, 1984-NMSC-024, ¶ 2, 100 N.M. 764, 676 P.2d 1329 (explaining the Court will not address issues not presented with argument and supporting authority);

**{6}** WHEREAS, the Court exercises its discretion under Rule 12-405(B) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{7}** NOW, THEREFORE, IT IS ORDERED that the writ of certiorari issued April 23, 2025, is QUASHED.

**{8}** **IT IS SO ORDERED.**

**DAVID K. THOMSON, Chief Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**